# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHY L. CULBERATH

VERSUS

STATE OF LOUISIANA,
SOUTHEASTERN LOUISIANA
UNIVERSITY, GEICO CASUALTY
COMPANY, GOVERNMENT
EMPLOYEES INSURANCE COMPANY
AND LATRIKA SMITH

NO.   2021 CW 0279

**APRIL 26, 2021**

---

In Re:    The University of Louisiana System, Board of Supervisors for the University of Louisiana System, Southeastern Louisiana University at Hammond, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 672315.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

> **JMG**
> **PMc**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT